JS 44   (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET"

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS" |
|---|---|
| ROBERT G. LINENWEBER | SOUTHWEST AIRLINES CO., GARY C. KELLY, AND TAMMY ROMO |

| **(b)**   County of Residence of First Listed Plaintiff     Hillsborough, FL | County of Residence of First Listed Defendant"    Dallas, Texas |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)"* |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED." |

| **(c)**   Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)"* |
|---|---|
| Willie Briscoe, The Briscoe Law Firm, PLLC 12700 Park Central Drive, Suite 520, Dallas, Texas 75251 Tel: 972-521-6868 | |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government          Plaintiff
- ☒ 3   Federal Question          *(U.S. Government Not a Party)*
- ☐ 2   U.S. Government          Defendant
- ☐ 4   Diversity          *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)*  and One Box for Defendant)

| | PTF | DEF | | PTF | DEF" |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4" |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State" | ☐ 5 | ☐ 5" |
| Citizen or Subject of a Foreign Country" | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6" |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions."

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES" |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act" |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a))" |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment" |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust" |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking" |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 450 Commerce" |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | Injury Product | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation" |
| Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations" |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit" |
| of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV" |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | ☒ 850 Securities/Commodities/" |
| ☐ 190 Other Contract | Injury | ☐ 380 Other Personal Property Damage | Relations | ☐ 863 DIWC/DIWW (405(g)) | Exchange" |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions" |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts" |
| | | | | | ☐ 893 Environmental Matters" |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information" |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | Act" |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration" |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure" |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | Act/Review or Appeal of Agency Decision" |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes" |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration" Actions" | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition" | | | |
| | | ☐ 560 Civil Detainee -" Conditions of Confinement" | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original" Proceeding"
- ☐ 2   Removed from" State Court"
- ☐ 3   Remanded from" Appellate Court"
- ☐ 4   Reinstated or" Reopened"
- ☐ 5   Transferred from" Another District" *(specify)"*
- ☐ 6   Multidistrict" Litigation - Transfer"
- ☐ 8   Multidistrict" Litigation - Direct File"

## VI.  CAUSE OF ACTION"

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)":*
15 U.S.C. §§ 78(b) and 78t(a) and 17 C.F.R. § 240.10b-5

Brief description of cause:"
Violations of Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934

| VII.  REQUESTED IN" COMPLAINT:" | ☒ CHECK IF THIS IS A **CLASS ACTION"** UNDER RULE 23, F.R.Cv.P." | DEMAND $ | CHECK YES only if demanded in complaint:" JURY DEMAND:   ☒ Yes   ☐ No" |
|---|---|---|---|

| VIII.  RELATED CASE(S)" IF ANY | *(See instructions)":* JUDGE | DOCKET NUMBER" |
|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD" |
|---|---|
| 2/19/2020 | /s/ Willie C. Briscoe |

**FOR OFFICE USE ONLY"**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE" |
|---|---|---|---|---|

| Print | Save As... | Reset |
|---|---|---|