UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT G. LINENWEBER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., GARY C. KELLY, and TAMMY ROMO,<br><br>Defendants. | Case No. 3:20-cv-408-K |

DECLARATION OF WILLIE C. BRISCOE, ESQ.
IN SUPPORT OF MOTION OF YEVGENIYA DEBONI FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

I, Willie C. Briscoe, Esq., hereby declare as follows:

1.     I am a Partner with The Briscoe Law Firm, PLLC ("BLF"), counsel on behalf of Yevgeniya DeBoni ("DeBoni"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of DeBoni's motion for appointment as Lead Plaintiff for the Class and approval of DeBoni's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and BLF as Liaison Counsel for the Class.

2.     Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:     Loss chart of DeBoni;

Exhibit B:     Press release published over *Globe Newswire* on February 20, 2020, announcing the pendency of the above-captioned action;

Exhibit C:     Shareholder Certification executed by DeBoni;

Exhibit D:     Firm resume of Pomerantz; and

Exhibit E:     Firm resume of BLF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 20, 2020, at Dallas, Texas.

*/s/ Willie C. Briscoe*
Willie C. Briscoe

## CERTIFICATE OF SERVICE

This is to certify that on April 20, 2020, I have filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing:

*/s/ Willie C. Briscoe*
Willie C. Briscoe