**Southwest Airlines Co. (LUV)**
**Class Period: February 7, 2017 and June 25, 2019**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day Mean Price $52.0579 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deboni, Yevgeniya | 1/18/2018 | 300 | $65.6500 | ($19,695) | | | | | 300 | $15,617 | ($4,078) |

*Avg Closing Prices from June 26, 2019 to September 23, 2019