UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT G. LINENWEBER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SOUTHWEST AIRLINES CO., et al.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:20-cv-00408-K<br><br>CLASS ACTION |

**UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF RECENT AUTHORITIES**

4836-0053-8074.v1

In compliance with Local Rule 56.7, Lead Plaintiffs Canadian Elevator Industry Pension Trust Fund and the Elevator Constructors Union Local No. 1 Annuity & 401(k) Fund (collectively "Lead Plaintiffs") respectfully request leave to file this motion to provide the Court with their Notice of Recent Authorities ("Notice") attached hereto as Exhibit 1, related to Defendants' pending motions to dismiss. Defendants do not oppose Lead Plaintiffs' motion. Therefore, Lead Plaintiffs respectfully request that the Court grant their motion.

DATED: February 3, 2021

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)


*/s/ Joe Kendall*
JOE KENDALL

3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

THE LAW OFFICE OF BALON B. BRADLEY
BALON B. BRADLEY (Texas Bar No. 02821700)
11910 Greenville Avenue, Suite 220
Dallas, TX 75243
Telephone: 972/991-1582
972/755-0424 (fax)
balon@bbradleylaw.com

Local Counsel

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
MATTHEW I. ALPERT
CAROLINE M. ROBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
rjensen@rgrdlaw.com
malpert@rgrdlaw.com
crobert@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

4836-0053-8074.v1

- 3 -

## CERTIFICATE OF CONFERENCE PURSUANT TO LR 7.1(B)

Counsel for Lead Plaintiffs hereby certify that on February 1, 2021, they conferred with counsel for Defendants *via* email, who indicated on February 3, 2021, that their clients do not oppose this motion.


*/s/ Joe Kendall*
JOE KENDALL

4836-0053-8074.v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of February 2021, a copy of the foregoing was served electronically and notice of service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Joe Kendall*
JOE KENDALL

4836-0053-8074.v1