UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT G. LINENWEBER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:20-cv-00408-K<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF RECENT AUTHORITIES**

4812-2990-4602.v1

WHEREAS Lead Plaintiffs Canadian Elevator Industry Pension Trust Fund and the Elevator Constructors Union Local No. 1 Annuity & 401(k) Fund have filed a Motion for Leave to File Recent Authorities:

Lead Plaintiffs' Motion for Leave to File Recent Authorities is granted.

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE ED KINKEADE
UNITED STATES DISTRICT JUDGE

- 1 -

4812-2990-4602.v1