**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| ROBERT G. LINENWEBER, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-00408-K |
| SOUTHWEST AIRLINES CO., GARY C. KELLY, TAMMY ROMO and MIKE VAN DE VEN, | § § § § | |
| Defendants. | § § | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO LEAD PLAINTIFFS'
NOTICE OF RECENT AUTHORITIES**

In compliance with Local Rule 56.7, Defendants respectfully request leave to file a short

response to Lead Plaintiffs' Notice of Recent Authorities.  The proposed response is attached

hereto as Exhibit 1.  Lead Plaintiffs do not oppose the motion for leave.

1

Dated: February 3, 2021

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP


/s/ *Peter A. Stokes*

Michael A. Swartzendruber (Lead Counsel)
State Bar No. 19557702
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200
michael.swartzendruber@nortonrosefulbright.com

Peter A. Stokes
State Bar No. 24028017
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598
peter.stokes@nortonrosefulbright.com

*Counsel for Defendants*

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Lead Plaintiffs on February 3, 2021 regarding this request for leave, and was advised that Lead Plaintiffs do not oppose leave to file the proposed supplemental response.

/s/ *Peter A. Stokes*
Peter A. Stokes

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on February 3, 2021, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ *Peter A. Stokes*
Peter A. Stokes