## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT G. LINENWEBER, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-00408-K |
| SOUTHWEST AIRLINES CO., GARY C. KELLY, TAMMY ROMO and MIKE VAN DE VEN, | § § § § | |
| Defendants. | § § | |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF RECENT AUTHORITIES

Plaintiffs' new authorities simply highlight the types of specific allegations in cases where dismissal is denied that are patently absent here. *See Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corp.*, 2021 WL 182316, at *8-9 (S.D. Tex. Jan. 19, 2021) (reciting allegations from whistleblower who allegedly "repeatedly told" the individual defendants directly that their statements were false); *St. Clair County Employees Retirement System v. Acadia Healthcare Company, Inc.*, 2021 WL 195370, at *7 (M.D. Tenn. Jan. 20, 2021) (reciting that individual defendants allegedly monitored metrics at issue on daily basis, sold $600 million in stock, and that CEO and President were abruptly fired or resigned after the alleged fraud was revealed); *see also* ECF No. 30 (Defendants' Reply) at 2-3 and footnote 6 (discussing similar allegations in cases surviving dismissal that are not present here). The authorities cited by Plaintiffs do nothing to salvage this case or its wanting allegations.

1

Dated: February 3, 2021      Respectfully submitted,

             NORTON ROSE FULBRIGHT US LLP


             /s/ *Peter A. Stokes*

             Michael A. Swartzendruber (Lead Counsel)
             State Bar No. 19557702
             2200 Ross Ave., Suite 3600
             Dallas, Texas 75201
             Telephone:  (214) 855-8000
             Facsimile:  (214) 855-8200
             michael.swartzendruber@nortonrosefulbright.com

             Peter A. Stokes
             State Bar No. 24028017
             98 San Jacinto Boulevard, Suite 1100
             Austin, Texas 78701-4255
             Telephone:  (512) 474-5201
             Facsimile:  (512) 536-4598
             peter.stokes@nortonrosefulbright.com

             *Counsel for Defendants*


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on February 3, 2021, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

             /s/ *Peter A. Stokes*
             Peter A. Stokes