**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| ROBERT G. LINENWEBER, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-00408-K |
| SOUTHWEST AIRLINES CO., GARY C. KELLY, TAMMY ROMO and MIKE VAN DE VEN, | § § § § | |
| Defendants. | § § § | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE NOTICE OF RECENT AUTHORITY**

In compliance with Local Rule 56.7, Defendants respectfully request leave to file a short notice of recent authority regarding Judge Scholer's decision last week in *Crutchfield v. Match Group, Inc.*, Case No. 3:19-02356-S, ECF No. 50 (N.D. Tex. Mar. 26, 2021). The proposed notice is attached hereto as Exhibit 1. The *Crutchfield* decision is attached as Exhibit 2.

Lead Plaintiffs do not oppose the motion for leave. Defendants have agreed not to oppose a motion for leave by Lead Plaintiffs to file a response.

Dated: March 31, 2021

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

/s/ *Peter A. Stokes*

Michael A. Swartzendruber (Lead Counsel)
State Bar No. 19557702
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200
michael.swartzendruber@nortonrosefulbright.com

Peter A. Stokes
State Bar No. 24028017
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598
peter.stokes@nortonrosefulbright.com

*Counsel for Defendants*

Linenweber-motion-leave-supplemental-authorities.docx

## CERTIFICATE OF CONFERENCE – UNOPPOSED MOTION

I hereby certify that I conferred with counsel for Lead Plaintiffs regarding the substance of this motion and was advised that Lead Plaintiffs do not oppose leave to file the proposed notice of supplemental authority, subject to Defendants' agreement not to oppose Lead Plaintiffs' motion for leave to file a response (which Defendants agree not to oppose).

/s/ *Peter A. Stokes*

Peter A. Stokes

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on March 31, 2021, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ *Peter A. Stokes*

Peter A. Stokes

Linenweber-motion-leave-supplemental-authorities.docx