UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT G. LINENWEBER, Individually and on Behalf of All Others Similarly Situated, | § § § § § § § § § § § § § | Civil Action No. 3:20-cv-00408-K<br><br>CLASS ACTION |
| Plaintiff, | | |
| vs. | | |
| SOUTHWEST AIRLINES CO., et al., | | |
| Defendants. | | |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF RECENT AUTHORITY**

4871-9772-7312.v1

In compliance with Local Rule 56.7, Lead Plaintiffs Canadian Elevator Industry Pension Trust Fund and the Elevator Constructors Union Local No. 1 Annuity & 401(k) Fund (collectively "Lead Plaintiffs") respectfully request leave to file this unopposed motion to provide the Court with their Notice of Recent Authority ("Notice") attached hereto as Exhibit 1, related to Defendants' pending motions to dismiss.  Defendants do not oppose Lead Plaintiffs' motion.  Lead Plaintiffs do not oppose leave for Defendants to file a response to Lead Plaintiff's Notice of Recent Authority if they choose to do so.  Lead Plaintiffs, however, reserve the right to file a short reply should Defendants' response be argumentative.

Therefore, Lead Plaintiffs respectfully request that the Court grant their motion, grant Defendants leave to file a response to Lead Plaintiffs' Notice of Recent Authority if they so choose, and grant Lead Plaintiffs leave to submit a short reply if Defendants' response contains argument.

DATED:  February 10, 2023

Respectfully submitted,

KENDALL LAW GROUP, PLLC

*/s/ Joe Kendall*
JOE KENDALL
Texas State Bar No. 11260700
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

THE LAW OFFICE OF BALON B. BRADLEY
BALON B. BRADLEY (Texas Bar No. 02821700)
11910 Greenville Avenue, Suite 220
Dallas, TX  75243
Telephone:  972/991-1582
972/755-0424 (fax)
balon@bbradleylaw.com

Local Counsel

- 1 -

4871-9772-7312.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
MATTHEW I. ALPERT
CAROLINE M. ROBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
rjensen@rgrdlaw.com
malpert@rgrdlaw.com
crobert@rgrdlaw.com

Lead Counsel for Lead Plaintiff

## CERTIFICATE OF CONFERENCE

I certify that on January 20, 2023, I conferred via email with Peter Stokes, counsel for Defendants, regarding the substance of this motion and he stated that he does not oppose the relief requested herein.

*/s/ Matthew I. Alpert*
MATTHEW I. ALPERT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on February 10, 2023, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

*/s/ Joe Kendall*
JOE KENDALL

4871-9772-7312.v1