UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT G. LINENWEBER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:20-cv-00408-K<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF RECENT AUTHORITY**

4874-1838-7024.v1

WHEREAS, Lead Plaintiffs Canadian Elevator Industry Pension Trust Fund and the Elevator Constructors Union Local No. 1 Annuity & 401(k) Fund have filed an Unopposed Motion for Leave to File Notice of Recent Authority; and

WHEREAS, Lead Plaintiffs do not oppose leave for Defendants to file a response to Lead Plaintiffs' Notice of Recent Authority if they choose to do so.

Therefore, Lead Plaintiffs' Unopposed Motion for Leave to File Notice of Recent Authority is granted and Defendants are granted leave to file a response to Lead Plaintiffs' Notice of Recent Authority if they so choose.  If Defendants' response contains argument, Lead Plaintiffs are granted leave to submit a short reply.

IT IS SO ORDERED.

DATED:  _____        _____
                                                                    THE HONORABLE ED KINKEADE
                                                                    UNITED STATES DISTRICT JUDGE

- 1 -

4874-1838-7024.v1