IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROBERT G. LINENWEBER, Individually
and on Behalf of All Others Similarly
Situated,

      Plaintiff,

v.

SOUTHWEST AIRLINES CO., GARY C.
KELLY, TAMMY ROMO, and MIKE
VAN DE VEN,

      Defendants.

Civil Action No. 3:20-CV-00408-K

## JUDGMENT

On September 20, 2023, the Court entered a Memorandum Opinion and Order dismissing without prejudice all claims asserted in Plaintiffs Canadian Elevator Industry Pension Trust Fund and Elevator Constructors Union Local No. 1 Annuity & 401(k) Fund's Consolidated Complaint for Violations of the Federal Securities Laws (the "Complaint"). Doc. Nos. 24, 53. The Court permitted Plaintiffs to file a motion for leave to amend their Complaint within fourteen days of the entry of the Memorandum Opinion and Order. Doc. No. 53 at 41.

Having received notice from Plaintiffs that they do not intend to amend their Complaint and that they desire entry of a final judgment dismissing their claims with prejudice, Doc. No. 54, the Court hereby **ORDERS**, **ADJUDGES**, and **DECREES**

1

that all claims are **DISMISSED** with prejudice.  Each party will bear its own costs and fees.

   **SO ORDERED**.

   Signed October 5th, 2023.


_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE